```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF ALABAMA
                SOUTHERN DIVISION

WELLS   FARGO,   N.A.,   as  }
successor  by  merger   with }
WACHOVIA BANK, N.A.,         }
                             }   CIVIL ACTION NO.
     Plaintiff,              }   11-AR-2585-S
                             }
v.                           }
                             }
THE EVANS GROUP, LLC, et al.,}
                             }
     Defendants.             }
```

### **MEMORANDUM OPINION**

No timely objection having been filed to the report and recommendation entered by the magistrate judge on November 30, 2011, in the above-entitled cause, the report and recommendation is hereby confirmed and adopted by this court as its memorandum opinion.

DONE this 2nd day of February, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE